**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| FRANCOVICH DE LA CRUZ ARROYO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil No. 26-10975-RMB-MJS<br><br>**ORDER** |

**RENÉE MARIE BUMB, Chief United States District Judge**:

**THIS MATTER** comes before the Court upon its own motion. Because the Plaintiffs' separate, individualized visa applications at issue in this case do not "aris[e] out of the same transaction, occurrence, or series of transactions or occurrences," FED. R. CIV. P. 20(a)(1)(A),

**IT IS**, on this **28th** day of **August** **2026**, hereby:

1. **ORDERED** that each Plaintiff's claims shall be **SEVERED**; and it is further

2. **ORDERED** that Plaintiff Francovich De La Cruz Arroyo shall remain the plaintiff in this case and the Clerk of the Court shall rename this case to reflect as much; and it is further

3. **ORDERED** that the Clerk of the Court shall assign a new civil action number under each remaining Plaintiff's name; and it is further

4. **ORDERED** that each Plaintiff shall file, within thirty (30) days of the entry of this Order, an amended complaint in his or her respective case which only asserts his or her claims; and it is finally

5. **ORDERED** that Plaintiff Francovich De La Cruz Arroyo is not required to pay the filing fee for his case, but that each remaining Plaintiff shall either pay the filing fee or submit an application to proceed *in forma papuperis* in his or her new case.

**/s/ Renée Marie Bumb**
Renée Marie Bumb
Chief United States District Judge