**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| FRANCOVICH DE LA CRUZ ARROYO,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services; and CARRIE M. SELBY, Acting Associate Director, USCIS Service Center Operations Directorate,<br><br>Defendants. | Civil No. 26-10975-RMB<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Plaintiff Francovich De La Cruz Arroyo's ("Plaintiff's") letter request to dismiss this matter without prejudice. [Docket No. 4.] Because Defendants have not filed an answer or a motion for summary judgment in this case, the Court construes Plaintiff's letter request as a notice of dismissal brought under Federal Rule of Civil Procedure 41(a)(1)(A)(i). After review, and for good cause otherwise shown,

**IT IS**, on this **14th** day of **October 2026**, hereby:

**ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Plaintiff's Federal Rule of Civil Procedure 41(a)(1)(A)(i) notice of dismissal and the Clerk of the Court shall accordingly **CLOSE** this case.

**/s/ Renée Marie Bumb**
Renée Marie Bumb
Chief United States District Judge